## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　vs. )<br>HORACE TAYLOR, )<br>　　　　　Defendant. ) | 8:03CR549<br><br>ORDER |

　　　　Defendant Horace Taylor appeared before the court on Wednesday, April 23, 2008 on a Petition for Warrant for Offender Under Supervision [47].  The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Thomas J. Kangior.  Defendant wavied the preliminary hearing.  The detention hearing was held.  Government's oral motion for detention was denied.  The defendant was released on an order setting conditions of release.

　　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

　　　　**IT IS ORDERED**:

　　　　1.　　A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **May 8, 2008 at 3:30 p.m.**  Defendant must be present in person.

　　　　2.　　The defendant is released on order setting conditions of release.

　　　　DATED this 23rd day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge